STATE OF NEW JERSEY v. BOBBY LEE SPATES.

September 16, 1975. Petition for certification denied.

JANICE KRUG v. BOARD OF REVIEW.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RUBEN ADAMS.

September 16, 1975. Petition for certification denied.

DOLORES KIMBLE v. FORD MOTOR COMPANY.

September 16, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES KINCHEN.

September 16, 1975. Petition for certification denied.

ANNA BELLE MAC INTYRE v.
JOHNS-MANVILLE PRODUCTS CORP.

September 16, 1975. Petition for certification denied.